Argued and submitted October 22, reversed November 14, 1985

## STATE OF OREGON,
### *Respondent,*
*v.*

## ROBERT DeLANE BRISTOW,
### *Appellant.*

(83-1989; CA A35062)

708 P2d 649

Helen I. Bloch, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Terry Leggert, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving while suspended. He contends that because the suspension was based on a conviction for driving under the influence of intoxicants, which was subsequently determined to be void, *State v. Bristow,* 71 Or App 219, 691 P2d 161 (1984), the suspension order is invalid. The state concedes that defendant is correct. We agree.

Reversed.